**Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000748
04-MAR-2022
08:04 AM
Dkt. 103 OCOR**

NO. CAAP-20-0000748

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

IN THE INTEREST OF J.M. and Z.M., Minors

APPEAL FROM THE FAMILY COURT OF THE FIFTH CIRCUIT
(FC-S NO. 19-00007)

<u>ORDER OF CORRECTION</u>
(By: Leonard, J.)

IT IS HEREBY ORDERED that the Opinion of the court, filed on July 27, 2021, is hereby corrected as follows:

At page 7, line 11 from top, replace the word "now" with "not" so that the sentence now reads as follows:

> Father did not show up to drug tests on August 6, 15, 19, and 27,

At page 36, line 12 from bottom, replace "P.2d" with "P.3d" so that the sentence now reads as follows:

> set aside the default. 124 Hawaiʻi at 469, 248 P.3d at 235.

At page 36, line 6 from bottom, replace "P.2d" with "P.3d" so that the sentence now reads as follows:

> to DHS or the children. <u>Id.</u> at 474, 248 P.3d at 240. In this

The clerk of the court is directed to incorporate the foregoing change in the original opinion.

DATED: Honolulu, Hawaiʻi, March 4, 2022.

/s/ Katherine G. Leonard
Associate Judge